Glenn R. Kantor, SBN 122643
 E-mail: gkantor@kantorlaw.net
Timothy J. Rozelle, SBN 298332
 E-mail: trozelle@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff
SANJAY GHOSH, M.D.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANJAY GHOSH, M.D., <br><br>            Plaintiff, <br><br>    v. <br><br> AETNA HEALTH OF CALIFORNIA, INC. <br><br>            Defendant. | CASE NO: 3:15-cv-02521-LB <br><br> [PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITHOUT PREJUDICE |

## ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed without prejudice in its entirety.  The parties shall bear their own costs and fees.

IT IS SO ORDERED.

DATED: January 13, 2016                    BY: _____
                                                Honorable Laurel Beeler
                                                United States Magistrate Judge